# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

January 14, 2026

United States Courts
Southern District of Texas
FILED
January 14, 2026
Nathan Ochsner, Clerk of Court

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

          No. 25-40591    USA v. Campos-Espinosa
                    USDC No. 3:18-CR-22-41

The court has considered the motion of United States of America to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for United States of America may obtain all ex parte documents *filed on behalf of* United States of America, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY.  The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.


                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _Rebecca Andry_
                    Rebecca Andry, Deputy Clerk
                    504-310-7638

Ms. Carmen Castillo Mitchell
Mr. Nathan Ochsner
Mr. John A. Reed
Mr. Alan Winograd